## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>**COLON GONZALEZ, MANUEL**<br><br>DEBTOR(S) | CASE NUMBER: **04-11826-SEK**<br><br>(Chapter 7)<br>ASSET CASE |

### NOTICE OF ABANDONMENT OF PROPERTY

TO: THE HONORABLE COURT, CREDITORS AND PARTIES IN INTEREST:

      COMES NOW, Jorge Gerena-Mendez, duly appointed Chapter 7 Trustee of the above captioned case, who respectfully states and prays as follows:

1.   Notice pursuant to 11 U.S.C. Section 554(a) is hereby given as to the undersigned trustee's intention to abandon the estate property detailed below:

2.   The property being abandoned is as follows:

| Property | Value | Amt. Secured | Claimed Exemptions | Other Costs | Value to the Estate |
|---|---|---|---|---|---|
| HOUSEHOLD GOODS | $5,100.00 | $0.00 | $5,100.00 | $0.00 | $(00.00) |
| WEARING APPAREL | $2,100.00 | $0.00 | $2,100.00 | $0.00 | $(0.00) |
| FURS AND JEWELRY | $800.00 | $0.00 | $800.00 | $0.00 | $(800.00) |

3.   This real property is hereby abandoned since, due to the amount of pending lien and encumbrances, there is no expected equity for the benefit of creditors if this was to be sold.  This property is burdensome to the estate.

### NOTICE TO PARTIES IN INTEREST

Parties shall take notice of that any objection to this abandonment must be filed, in writing, within 15 days from the date of this notice, with the Clerk of the U.S. Bankruptcy Court, with copy to the undersigned.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 25th day of May, 2006.

CERTIFICATE OF SERVICE

HEREBY CERTIFY, that on this same day, copy of this notice has been delivered to the United States Trustee's Office and has been sent regular mail to all Parties as detailed in the master address list of record.

/s/ Jorge Gerena-Mendez
Jorge Gerena-Mendez, Esquire
P.O. Box 195542
San Juan, PR  00919-5542
Phone/Fax: (787) 766-0780
E-mail: gere@prmail.net