IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF :
:
MANUEL COLON GONZALEZ :      CASE NO. CASE NO. 04-11826 BKT
:
xxx-xx-4879 :      CHAPTER 7
:
DEBTOR(S) :
:
_____ :      FILED & ENTERED ON 08/16/2013

ORDER

On October 20, 2006 the Trustee filed a Motion to Consign Funds into Court Registry Account of Deceased Debtor's Fund in the amount of $34,621.29 (docket #39). As of this date, no party in interest has claimed the funds nor has moved the court.

Therefore, the Clerk shall transfer the consigned registry funds in the amount of $34,621.29 plus any interest accrued, less any fees imposed by law, to the unclaimed funds account in the name of the Succession of Manuel Colon Gonzalez.

IT IS SO ORDERED.

San Juan, Puerto Rico this 16th day of August, 2013.

Brian K. Tester
U.S. Bankruptcy Judge